Constance LUCE, Plaintiff, Appellant,

v.

The PROVIDENCE UNION NATIONAL BANK, Executor, Defendant, Appellee.

No. 4893.

United States Court of Appeals, First Circuit.

Dec. 21, 1954.

Gerald W. Harrington, Providence, R. I. (Edwards & Angell, Providence, R. I., on brief), for appellant.

Charles F. Cottam, Providence, R. I. (Percy W. Gardner and Joseph V. Cavanaugh, Providence, R. I., on brief), for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The judgment for the defendant, entered on June 21, 1954, by the district court is affirmed upon that court's opinion, 122 F.Supp. 21.

Hardin PRUITT, Appellant,

v.

UNITED STATES of America, Appellee.

No. 15107.

United States Court of Appeals, Fifth Circuit.

Dec. 14, 1954.

Hardin D. Pruitt, in pro. per.

Charles L. Short, Asst. U. S. Atty., Malcolm R. Wilkey, U. S. Atty., Houston, Tex., for appellee.

Before HUTCHESON, Chief Judge, and HOLMES, Circuit Judge.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, 121 F.Supp. 15, the judgment of the District Court is

Affirmed.

DARSYN LABORATORIES, Inc., Appellant,

v.

LENOX LABORATORIES, Inc., Gamma Chemical Corp., Irving Biber, Benjamin Pecherer, John Robson, J. Robert Fisher, Louis L. Zempliner and William Gerlach.

No. 11377.

United States Court of Appeals, Third Circuit.

Argued Dec. 9, 1954.

Decided Dec. 23, 1954.

Harry C. Bierman, New York City, for appellant.

Max Mehler, Newark, N. J., for Irving Biber.

Jerome J. Heyman, Plainfield, N. J. (Roger T. McLean, New York City, George F. Hetfield, Plainfield, N. J., on the brief), for Gamma Chemical Corp., J. Robert Fisher and John Robson, for Lenox Laboratories, Benjamin Pecherer and William Gerlach.

Before MARIS, McLAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

This is an appeal by the plaintiff from a judgment of the district court dismissing its complaint in a suit involving alleged patent infringement and unfair competition in using the plaintiff's trade secrets. The issues in the case are thoroughly discussed and correctly decided in the opinion filed by Judge Smith, 120 F.Supp. 42, to which we need add nothing. For the reasons therein set out the judgment of the district court will be affirmed.